AO 442 (Rev. 12/85) Arrest Warrant

# United States District Court

WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

ANTWAN DELONTE JONES

**FILED**
NOV 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-559-M-01

**WARRANT FOR ARREST**

CASE NO: 07-0003-22-W-9-GAF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ANTWAN DELONTE JONES_____

and bring him forthwith to the nearest magistrate to answer an

X Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him with knowingly and intentionally conspiring with others to distribute one (1) kilogram or more of phencyclidine ("PCP"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846; and intentionally possess with intent to distribute, one (1) kilogram or more of a mixture or substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

ROBERT E. LARSEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____ by _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

January 3, 2007  KANSAS CITY, MISSOURI
Date and Location

_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

COPY
ORIGINAL ON FILE
U.S. MARSHAL WESTERN/MISSOURI
(DO NOT DUPLICATE)

DATE RECEIVED 1/3/07

DATE OF ARREST 4/27/07

Stephanie K. Owens, DUSM   [signature]

07-559-M-01

**FILED**

NOV 14 2007

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-00002-01/02-CR-W- |
| | ) | |
| Plaintiff, | ) | COUNT ONE: |
| | ) | 21 U.S.C. §§ 846 and 841 |
| v. | ) | NLT 10 Years Imprisonment |
| | ) | NMT Life Imprisonment |
| | ) | NMT $4,000,000 fine |
| ANTWAN DELONTE JONES, | ) | NLT 5 Years Supervised Release |
| | ) | Class A Felony |
| | ) | |
| and | ) | COUNT TWO: |
| | ) | 21 U.S.C. §841(a)(1) and (b)(1)(A) |
| | ) | NLT 10 Years Imprisonment |
| | ) | NMT Life imprisonment |
| | ) | NMT $4,000,000 Fine |
| | ) | NLT 5 Years Supervised Release |
| Defendants. | ) | Class A Felony |
| | ) | |
| | ) | $100 Mandatory Special |
| | ) | Assessment for both Counts |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

That between on or about September 1, 2006, to and including December 4, 2006, said dates being approximate, in the Western District of Missouri and elsewhere, ANTWAN D. JONES and SHALANDA R. BRYANT, defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others both known and unknown to the grand jury, one (1) kilogram or more of a mixture or substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, contrary to the provisions

of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

That between on or about November 30, 2006, and December 4, 2006, in the Western District of Missouri and elsewhere, ANTWAN D. JONES and SHALANDA R. BRYANT, defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute, one (1) kilogram or more of a mixture or substance containing a detectable amount of phencyclidine ("PCP"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

*David A. Laird*
FOREPERSON OF THE GRAND JURY

Kathleen D. Mahoney #38828
Assistant United States Attorney

Dated: January 3, 2007
Kansas City, Missouri

ECF
DOCUMENT

2